IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

### CASE NO. 21-12271-F
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(3:20-cv-00895-TJC-PDB)
_____

JEFFREY LANCE HILL, SR.

Appellant/Plaintiff,

v.

LEANDRA JOHNSON, et al,

Appelllees/Defendants.

_____

**APPELLEES CITY OF LAKE CITY, FLORIDA,
JOEL FOREMAN AND MICHAEL SMALLRIDGE'S
NOTICE OF JOINDER IN CO-APPELLEES' MOTIONS FOR SUMMARY
AFFIRMANCE AND EXTENSION OF TIME TO FILE ANSWER BRIEF**
_____

Susan S. Erdelyi, Esquire
Florida Bar No. 0648965
MARKS GRAY, P.A.
1200 Riverplace Blvd., Suite 800
Jacksonville, Florida 32207
Phone:  (904) 398-0900
Fax:  (904) 399-8440
Counsel for City of Lake City, Florida
Joel Foreman and Michael Smallridge

1

### APPELLEES CITY OF LAKE CITY, FLORIDA, JOEL FOREMAN
### AND MICHAEL SMALLRIDGE'S
### CERTIFICATE OF INTERESTED PERSONS AND
### <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Eleventh Circuit Rule 26.1-1, counsel of record for Appellee City of Lake City, Florida certifies that, to the best of her knowledge, the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1.    Barksdale, Honorable Patricia D. (United States District Court Judge in underlying suit (prior));

2.    Bell & Roper, P.A. (counsel for Columbia County)

3.    City of Lake City, Florida (named defendant in underlying suit);

4.    Columbia County, Florida (named defendant in underlying suit);

5.    Corrigan, Honorable Timothy J. (United States District Court Judge in underlying suit (current));

6.    El Ranch No Tengo, Inc. (Appellant)

7.    Erdelyi, Susan S. (counsel for Appellees Joel F. Foreman, Michael Smallridge, and City of Lake City, Florida)

8.    Foreman, Joel F. (named defendant in underlying suit);

9.     Hattaway, Chase E. (counsel for Appellee Suwannee River Water Management District);

10.     Hill, Jeffrey Lance, Sr. (Appellant):

11.     Hill,  Linda Petry (wife of Appellant);

12.     Johnson, Honorable Leandra G. (named Judicial defendant in underlying suit);

13.     Marks Gray P.A. (counsel for Appellees Joel F. Foreman, Michael Smallridge, and City of Lake City, Florida);

14.     Newhall, Timothy L. (counsel for Judicial Appellees Johnson, Parker, and Williams);

15.     Office of the Attorney General, State of Florida (counsel for Judicial Appellees Johnson, Parker, and Williams);

16.     Parker, Honorable Gregory S. (named Judicial defendant in underlying suit);

17.     Roper, Michael J. (counsel for Columbia County);

18.     Rumberger, Kirk & Caldwell, P.A. (counsel for Appellee Suwannee River Water Management District):

19.     Scott, Dale A. (counsel for Columbia County);

20.     Smallridge, Michael (named defendant in underlying suit);

21.     Springfield, F. Emory (counsel for Appellee Jennifer B. Springfield);

22.     Springfield, Jennifer B. (named defendant in underlying suit

23.     Springfield Law, P.A. (counsel for Appellee Jennifer B. Springfield);

24.     Suwannee River Water Management District (named defendant in underlying suit)

25.     Williams, Honorable William F., III (named Judicial defendant in underlying suit);

26.     Willis, David C. (counsel for Appellee Suwannee River Water Management District).

## CIP CERTIFICATION

Appellee City of Lake City, Florida pursuant to Eleventh  Circuit Rule 26.1-3(b), certifies that no publicly traded company or corporation has an interest in the outcome of this appeal.

## APPELLEE CITY OF LAKE CITY, FLORIDA, JOEL FOREMAN AND MICHAEL SMALLRIDGE'S NOTICE OF JOINDER IN CO-APPELLEES' MOTIONS FOR SUMMARY AFFIRMANCE AND EXTENSION OF TIME TO FILE ANSWER BRIEF

Appellee City of Lake City, Florida, Joel Foreman and Michael Smallridge, respectfully join in and adopt the following motions filed by Co-Appellees Leandra G. Johnson, Gregory S. Parker, and William F. Williams III:  Motion for Summary Affirmance, filed August 20, 2021; and Motion for Extension of Time to File Answer Brief, filed August 20, 2021.

Respectfully submitted this 31st day of August, 2021.

s/ Susan S. Erdelyi
Susan S. Erdelyi
Florida Bar No. 0648965
MARKS GRAY, P.A.
1200 Riverplace Blvd., Suite 800
Jacksonville, Florida 32207
Phone:  (904) 398-0900
Fax:  (904) 399-8440
Counsel for Defendant/Appellee
*City of Lake City, Florida*
*Joel Foreman and Michael Smallridge*

## CERTIFICATE OF SERVICE

I CERTIFY that on August 31, 2021, I electronically filed the foregoing by using the Eleventh Circuit Court ECF system which will send by email a Notice of Docket Activity to all counsel of record, and that a copy of the foregoing was sent by U.S. first-class mail to the following non-CM/ECF participant:

Jeffrey Lance Hill, Sr., Pro Se Appellant
908 SE Country Club Road
Lake City, Florida 32025

s/ Susan S. Erdelyi
Susan S. Erdelyi